Office Mailing Address:                                      Send Payments **ONLY** to:

Scott F. Waterman, Trustee                                Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100                             P.O. Box 680

Reading, PA  19606                                      Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12412-PMM

Brian R Schoenberger                                     Petition Filed Date: 05/26/2020

Diane L Schoenberger                                  341 Hearing Date: 06/23/2020

533 East Park Street                                  Confirmation Date: 01/28/2021

Elizabethtown  PA    17022

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $550.30 | | 05/07/2021 | $550.30 | | 06/08/2021 | $550.30 | |
| 07/08/2021 | $550.30 | | 08/09/2021 | $550.30 | | 09/08/2021 | $550.30 | |
| 10/07/2021 | $550.30 | | 11/08/2021 | $550.30 | | 12/07/2021 | $550.30 | |
| 01/07/2022 | $550.30 | | 02/07/2022 | $550.30 | | 03/07/2022 | $550.30 | |
| 04/07/2022 | $550.30 | | 05/09/2022 | $550.30 | | 06/07/2022 | $550.30 | |
| 07/12/2022 | $550.30 | | | | | | | |

**Total Receipts for the Period: $8,804.80   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,912.46**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $2,170.00 | $2,170.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Unsecured Creditors | $2,375.01 | $0.00 | $2,375.01 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $19,526.95 | $8,947.41 | $10,579.54 |
| 3 | ELIZABETHTOWN BOROUGH<br>»» 03S | Secured Creditors | $3,525.18 | $1,615.26 | $1,909.92 |
| 4 | ELIZABETHTOWN BOROUGH<br>»» 03U | Unsecured Creditors | $1,745.67 | $0.00 | $1,745.67 |

**Chapter 13 Case No. 20-12412-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,912.46 | Current Monthly Payment: | $550.30 |
| Paid to Claims: | $12,732.67 | Arrearages: | ($19.37) |
| Paid to Trustee: | $1,179.79 | Total Plan Base: | $32,603.29 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.