# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Brian R. Schoenberger and | ) | Case No. 20-12412-PMM |
| Diane L. Schoenberger, | ) | |
| Debtors. | ) | |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of the Debtor, in the above captioned matter.

Date:   August 29, 2022            By:   /s/ Matthew S. Bleacher
                                        Matthew S. Bleacher, Esquire
                                        Attorney I.D. No. 321958
                                        Nikolaus & Hohenadel, LLP
                                        212 North Queen Street
                                        Lancaster, PA 17603
                                        Phone: (717) 299-3726
                                        mbleacher@n-hlaw.com

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Debtor, in the above referenced matter.

Date:   August 29, 2022            By:   /s/ Thomas W. Fleckenstein
                                        Thomas W. Fleckenstein, Esquire
                                        Attorney I.D. No. 307390
                                        470 Locust Street
                                        Columbia, PA 17512
                                        Phone: (717) 333-4053
                                        tom@Tomfleckenstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Praecipe to Enter and Withdraw Appearance was sent by first-class mail, postage prepaid on the date set forth to the following:

MARTIN A. MOONEY on behalf of Creditor LakeView Loan Servicing, LLC
Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Americredit Financial Services, Inc. Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Orion (Verizon)
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Date:   August 29, 2022                    By:   /s/ Thomas W. Fleckenstein
                                                 Thomas W. Fleckenstein, Esquire
                                                 Attorney I.D. No. 307390
                                                 470 Locust Street
                                                 Columbia, PA 17512
                                                 Phone: (717) 333-4053
                                                 tom@Tomfleckenstein.com