**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| **Brian R. Schoenberger** | : |
| **Diane L. Schoenberger** | : |
| | : |
| **Debtors** | : |
| | : Case No.: 20-12412-pmm |
| **Lakeview Loan Servicing, LLC c/o M & T Bank** | : Chapter 13 |
| | : |
| | : |
| | : |
| | : |
| **Movant** | : |
| v. | : 11 U.S.C. 362 |
| **Brian R. Schoenberger** | : |
| **Diane L. Schoenberger** | : |
| **Respondents** | : |

**ANSWER TO A MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**AND NOW** comes the Debtor, by his Attorney **Thomas W. Fleckenstein** and files the within **Answer to the Motion for Relief from the Automatic Stay:**

1. **ADMITTED.**

2-11. **DENIED.** Strict proof of this allegation is demanded at time of trial.

**WHEREFORE,** the Debtor herein, respectfully prays that this Honorable Court deny the Motion for Relief from the Automatic Stay.

*RESPECTFULLY SUBMITTED:*

 /s/ Thomas W. Fleckenstein
Thomas W. Fleckenstein, ESQUIRE
Attorney I.D. No. 307390
470 Locust Street
Columbia, PA  17512
(717) 333-4053

**DATE:** May 4, 2023