UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| IN RE:<br><br>BRIAN R. SCHOENBERGER<br>DIANE L. SCHOENBERGER<br><br>Debtors | Chapter 13<br>Case No. 20-12412-PMM |
| LAKEVIEW LOAN SERVICING, LLC C/O M&T BANK<br><br>Movant<br>v.<br><br>BRIAN R. SCHOENBERGER<br>DIANE L. SCHOENBERGER<br>Debtors<br><br>VIRGINIA SCHOENBERGER<br>Co-Debtor<br><br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondents | Ref. Dkt. Nos. 34 and 36 |

## **ORDER**

AND NOW, it is hereby ORDERED that the Stipulation between the parties is approved.

BY THE COURT

**Date: May 23, 2023**

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge