United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 20-12412-pmm
Brian R Schoenberger     Chapter 13
Diane L Schoenberger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: May 23, 2023     Form ID: pdf900     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Brian R Schoenberger, Diane L Schoenberger, 533 East Park Street, Elizabethtown, PA 17022-2246 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 00:51:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | May 24 2023 00:55:04 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC by its servicing agent |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: pdf900 | Total Noticed: 3 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Lakeview Loan Servicing LLC c/o M&T Bank dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

MARTIN A. MOONEY
    on behalf of Creditor LakeView Loan Servicing LLC Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing LLC as serviced by M&T Bank mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Brian R Schoenberger Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
    on behalf of Joint Debtor Diane L Schoenberger Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| IN RE:<br><br>BRIAN R. SCHOENBERGER<br>DIANE L. SCHOENBERGER<br><br>Debtors | Chapter 13<br>Case No. 20-12412-PMM |
| LAKEVIEW LOAN SERVICING, LLC C/O M&T BANK<br><br>Movant<br><br>v.<br><br>BRIAN R. SCHOENBERGER<br>DIANE L. SCHOENBERGER<br>Debtors<br><br>VIRGINIA SCHOENBERGER<br>Co-Debtor<br><br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondents | Ref. Dkt. Nos. 34 and 36 |

**ORDER**

AND NOW, it is hereby ORDERED that the Stipulation between the parties is approved.

**Date: May 23, 2023**

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge