Office Mailing Address: | Send Payments **ONLY** to:
Scott F. Waterman, Trustee | Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680
Reading, PA  19606 | Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-12412-PMM

Brian R Schoenberger | Petition Filed Date: 05/26/2020
Diane L Schoenberger | 341 Hearing Date: 06/23/2020
533 East Park Street | Confirmation Date: 01/28/2021
Elizabethtown  PA    17022 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/08/2022 | $550.30 | | 09/08/2022 | $550.30 | | 10/07/2022 | $550.30 | |
| 11/07/2022 | $550.30 | | 12/07/2022 | $550.30 | | 01/11/2023 | $550.30 | |
| 02/07/2023 | $550.30 | | 03/07/2023 | $550.30 | | 04/07/2023 | $550.30 | |
| 05/08/2023 | $550.30 | | 06/26/2023 | $550.30 | | 07/24/2023 | $550.30 | |

**Total Receipts for the Period: $6,603.60   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $20,516.06**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|------|------|------|------|------|------|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $2,170.00 | $2,170.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES ›› 001 | Unsecured Creditors | $2,375.01 | $0.00 | $2,375.01 |
| 2 | M&T BANK ›› 002 | Mortgage Arrears | $19,526.95 | $13,650.86 | $5,876.09 |
| 3 | ELIZABETHTOWN BOROUGH ›› 03S | Secured Creditors | $3,525.18 | $2,464.36 | $1,060.82 |
| 4 | ELIZABETHTOWN BOROUGH ›› 03U | Unsecured Creditors | $1,745.67 | $0.00 | $1,745.67 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12412-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,516.06 | Current Monthly Payment: | $550.30 |
| Paid to Claims: | $18,285.22 | Arrearages: | ($19.37) |
| Paid to Trustee: | $1,730.07 | Total Plan Base: | $32,603.29 |
| Funds on Hand: | $500.77 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.