Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12412-PMM**

Brian R Schoenberger  
Diane L Schoenberger  
533 East Park Street  
Elizabethtown  PA   17022

Petition Filed Date: 05/26/2020  
341 Hearing Date: 06/23/2020  
Confirmation Date: 01/28/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2023 | $550.30 | | 10/23/2023 | $550.30 | | 12/01/2023 | $550.30 | |
| 01/03/2024 | $550.30 | | 01/31/2024 | $550.30 | | 03/05/2024 | $550.30 | |
| 04/01/2024 | $550.30 | | 05/03/2024 | $550.30 | | 06/28/2024 | $550.30 | |

**Total Receipts for the Period: $4,952.70   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $26,019.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $2,170.00 | $2,170.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 001 | Unsecured Creditors | $2,375.01 | $0.00 | $2,375.01 |
| 2 | M&T BANK »» 002 | Mortgage Arrears | $19,526.95 | $17,855.48 | $1,671.47 |
| 3 | ELIZABETHTOWN BOROUGH »» 03S | Secured Creditors | $3,525.18 | $3,223.44 | $301.74 |
| 4 | ELIZABETHTOWN BOROUGH »» 03U | Unsecured Creditors | $1,745.67 | $0.00 | $1,745.67 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-12412-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,019.06 | Current Monthly Payment: | $550.30 |
| Paid to Claims: | $23,248.92 | Arrearages: | $1,631.53 |
| Paid to Trustee: | $2,274.87 | Total Plan Base: | $32,603.29 |
| Funds on Hand: | $495.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.