United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-12412-pmm
Brian R Schoenberger                               Chapter 13
Diane L Schoenberger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                             User: admin                             Page 1 of 3
Date Rcvd: Oct 31, 2024                   Form ID: pdf900                       Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian R Schoenberger, Diane L Schoenberger, 533 East Park Street, Elizabethtown, PA 17022-2246 |
| 14505671 | + | CNAC, 601 State Road, Emmaus, PA 18049-3029 |
| 14505670 | + | Cactus Lending, 713 W Duarte Rd., #G333, Arcadia, CA 91007-7564 |
| 14505669 | + | Cactus Lending, 140 NW John Jones Dr, Suite 134, Burleson, TX 76028-8160 |
| 14505672 | + | Elizabethtown Borough, 600 S. Hanover Street, Elizabethtown, PA 17022-2522 |
| 14623573 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14774616 | + | Lakeview Loan Servicing, LLC, c/o Danielle Boyle-Ebersole, esq, 200 Eagle Road, Ste 120, Wayne, PA 19087-3115 |
| 14509536 | + | Martin A. Mooney, Attorneys for Lakeview Loan Servicing, L, Office and P.O. Address, 950 New Loudon Road, Suite 109 Latham, New York 12110-2190 |
| 14505679 | | Penn State Hershey Medical Center, Patient Financial Services, PO Box 854, MC A410, Hershey, PA 17033-0854 |
| 14505680 | + | Reilly Wolfson Sheffey Schrum, 1601 Cornwall Rd, Lebanon, PA 17042-7406 |
| 14505682 | + | Virginia Schoenberger, 2433 Leaman Road, Ronks, PA 17572-9786 |
| 14505683 | + | York Collections, 33 South Duke Street, York, PA 17401-1401 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 01 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 01 2024 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 01 2024 00:09:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2024 00:23:06 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14505667 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 01 2024 00:09:00 | Americredit Financial Services, 801 Cherry Street, Fort Worth, TX 76102 |
| 14508195 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 01 2024 00:09:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14505668 | ^ | MEBN | Nov 01 2024 00:06:58 | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 14505673 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 01 2024 00:09:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14505675 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2024 00:09:00 | Lakeview Loan Servicing, 4425 PONCE DE LEON BLVD., MS-5-251, Coral Gables, FL 33146-1839 |
| 14511916 | | ^ MEBN | Nov 01 2024 00:06:56 | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240-0840 |
| 14505676 | | Email/Text: camanagement@mtb.com | Nov 01 2024 00:09:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 14505677 | + | Email/Text: EDI@CACIONLINE.NET | Nov 01 2024 00:09:00 | Midwest Recovery Systems, LLC, 514 Earth City Plaza, Suite 100, Earth City, MO 63045-1303 |
| 14505678 | + | Email/Text: Bankruptcies@nragroup.com | Nov 01 2024 00:09:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14620261 | | ^ MEBN | Nov 01 2024 00:07:39 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14505681 | | ^ MEBN | Nov 01 2024 00:07:27 | Stern & Eisenberg, P.C., 1581 Main St., Suite 200, Warrington, PA 18976-3403 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC by its servicing agent |
| 14508804 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington TX 76096 |
| 14505674 | ##+ | Internal Revenue Service, 1720 Hempstead Road, Lancaster, PA 17601-6706 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Lakeview Loan Servicing LLC c/o M&T Bank dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

on behalf of Creditor Lakeview Loan Servicing LLC as serviced by M&T Bank bkgroup@kmllawgroup.com

MARTIN A. MOONEY
on behalf of Creditor LakeView Loan Servicing  LLC Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHAEL H KALINER
on behalf of Creditor Lakeview Loan Servicing  LLC mhkaliner@gmail.com, pa35@ecfcbis.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
on behalf of Debtor Brian R Schoenberger Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
on behalf of Joint Debtor Diane L Schoenberger Tom@TomFleckenstein.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Brian R Schoenberger
    Diane L Schoenberger

            Debtors

Chapter 13

Bankruptcy No. 20-12412-PMM

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

*Patricia M. Mayer* (signature)

**Date: October 31, 2024**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE